1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN GREGORY LEWIS,

11          Plaintiff,                    No. CIV S-09-1441 DAD P

12   vs.

13   A. SCHWARZENEGGER, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not submitted an application to proceed in forma pauperis and

18   has not paid the appropriate filing fee.

19          The federal venue statute requires that a civil action, other than one based on

20   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

22   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

23   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

24   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

25          In this case, plaintiff complains about the conditions of his confinement at CSP-

26   Lancaster.  Plaintiff's claims thus arose in Los Angeles County, which is located in the Central

1

1   District of California.  Therefore, plaintiff's complaint should have been filed in the United

2   States District Court for the Central District of California.  In the interest of justice, a federal

3   court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.

4   § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

5            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

6   United States District Court for the Central District of California.

7    DATED: June 3, 2009.

8

9   _____
    DALE A. DROZD
10   UNITED STATES MAGISTRATE JUDGE

11   DAD:9:md
    lewi1441.21

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2